# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Garret Miller<br><br>*Defendant* | )<br>) Case: 1:21-mj-00117<br>) Assigned to: Judge Zia M. Faruqui<br>) Assign Date: 1/19/2021<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## AMENDED ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Garret Miller ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a)(1), (2)- Knowingly Entering or Remaining in any Restricted Buildings or Grounds Without Lawful Authority
40 U.S.C. 5104(e)(2)(G)- Violent Entry and Disorderly Conduct on Capitol Grounds
18 U.S.C. 1512(c)(2)- Obstructing or Impeding Any Official Proceeding
18 U.S.C. 231(a)(3)- Certain Acts During Civil Disorder
18 U.S.C. 875(c) - Threats

Date: 01/19/2021

*Judge's signature*

City and state:  Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge

*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Garret Miller

Known aliases:

Last known residence: 426 Grace Drive, Richardson, TX 75081

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 4/5/1986

Social Security number:

Height:                                                   Weight:

Sex:                                                      Race:

Hair:                                                     Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency: FBI Task Force Officer, Federal Protective Service

Investigative agency address: FBI Dallas, 1 Justice Way, Dallas, TX 75220

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: