IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> GARRET ADAM MILLER | No. 3:21-MJ-52-BN |

# MOTION FOR DETENTION

The United States moves for pretrial detention of defendant Garret Adam Miller, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    __X__   Crime of violence (18 U.S.C. § 3156)

    _____   Maximum sentence life imprisonment or death

    _____   10 + year drug offense

    _____   Felony, with two prior convictions in above categories

    __X__   Serious risk defendant will flee

    _____   Serious risk obstruction of justice

    _____   Felony involving a minor victim

    _____   Felony involving a firearm, destructive device, or any other dangerous weapon

    _____   Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page  1**

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __X__   Defendant's appearance as required

   __X__   Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because (check one or both):

   _____   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C.§ 924(c)

   _____   Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

   _____   Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

   _____   Previous conviction for "eligible" offense committed while on bond

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

   _____   At first appearance

   __X__  After continuance of **3** days (not more than 3).

DATED this 20th day of January, 2021.

Respectfully submitted,

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

/s/ *Joseph A. Magliolo*
Joseph A. Magliolo
Assistant United States Attorney
Texas State Bar No. 24074634
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Tel: 214.659.8736
E-Mail: joseph.magliolo@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on **January 20, 2021**, I filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas. Attorney Clint Broden has represented he is Mr. Miller's attorney, and I will cause a copy of this motion to be served on him.

/s/ *Joseph A. Magliolo*
Joseph A. Magliolo
Assistant United States Attorney

**Motion for Detention - Page 3**