# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v.    Miller | § | Case No. 3:21-mj-00052-BN *SEALED* |
| | § | |
| GARRET M. (1) | § | |

**U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED JAN 22 2021 CLERK, U.S. DISTRICT COURT By_____ Deputy**

## ENTRY OF APPEARANCE OF COUNSEL

I wish to enter my appearance as **retained** counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the named defendant(s) in connection with all matters relating to this case, ~~and in connection with all proceedings therein~~ in this Court; ~~to assist him with any appeal which he desires to perfect, and to represent him on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.~~ in the Northern District of Texas

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

DATED: 22nd day of January, 2021

_____
Signature of Attorney

F Clinton Broden
Attorney Name (Please Print)

24045519
Attorney Bar Number

2600 State St
Street Address

Dallas TX 75204
City, State, Zip

Clint@texascrimlaw.com
E-mail Address

214-720-9552
Telephone Number (including area code)

214-720-9554
Fax Number