UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:21-mj-00052-BN *SEALED* |
| | § | Other Dist. Docket No. 1:21-mj-117 |
| v. | § | Charge Pending: |
| | § | U.S. District Court |
| GARRET MILLER (1) | § | District of Columbia |

## REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1
## AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with the offense of 18 U.S.C. 1752(a)(1), (2)- Knowingly Entering or Remaining in any Restricted Buildings or Grounds Without Lawful Authority. Having been arrested in this district on a warrant issued on that/those charge(s), he/she appeared before me for proceedings as follows:

**Rule 5(c)(3)**   **Transfer**

☑ The government has produced a copy of the warrant, and

☑ The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:

　　☑ The defendant waived identity hearing.

　　☐ An identity hearing was conducted, and the defendant's identity was established.

☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

**Rule 5.1:**   **Preliminary Hearing**

☐ No preliminary hearing is necessary because the defendant is charged by indictment.

☑ The defendant waived a preliminary hearing.

☐ The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☐ The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

　　☐ There is probable cause to believe that the defendant committed the offense(s) charged.

　　☐ There is NOT probable cause to believe that the defendant committed the offense(s) charged.

**Rule 5(d)(3)**   **Detention Hearing**

☐ No detention hearing is necessary because the government did not move to detain the defendant.

☐ The defendant waived a detention hearing.

☐     The defendant elected to have a detention hearing in the district where the prosecution is pending.

☑     The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

        ☑     The defendant should be detained.

        ☐     The defendant should be released on bond.

---

### ORDER ENTERED ON THE FOREGOING REPORT

TO: UNITED STATES MARSHAL

☑     You are commanded to transfer the above-named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

☐     It is ORDERED that this defendant be released from custody on bond pending further proceedings.

☐     It is ORDERED that this defendant be discharged.

DATE: January 25, 2021.



(Use Other Side for Return)                       United States Magistrate Judge